FILE COPY

No. 07-14-00429-CV

| | | |
|---|---|---|
| Ex parte Brandon James Monroe | § | Original Proceeding |
| | § | February 18, 2015 |
| | § | Opinion by Justice Hancock |
| | § | |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated February 18, 2015, it is ordered, adjudged and decreed that relator's petition for writ of habeas corpus is dismissed.

o O o